# United States District Court

Southern District of Texas

United States District Court
Southern District of Texas
FILED
MAY - 3 2019
David J. Bradley, Clerk of Court

UNITED STATES OF AMERICA

V

Manuel Edgardo MENDIETA-Rodas

Honduras
A076 427 992     (EWA)

**CRIMINAL COMPLAINT**

CASE NUMBER B-19 __544__ MJ

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about **September 21, 2018**, the defendant, an alien who had previously been denied admission, excluded or removed knowingly and unlawfully was present in the United States having been found in **Cameron** County, Texas, the said defendant having not obtained the consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission into the United States,

in violation of **Title 8 United States Code, Section(s)**  **1326(a)**

I further state that I am a Deportation Officer and that this complaint is based on the following facts: The defendant was encountered by Immigration Officers conducting routine jail checks at the Cameron County Jail on September 21, 2018. The defendant was subsequently arrested on May 03, 2019. The defendant is a citizen and national of Honduras who was previously deported, excluded or removed from the United States on August 18, 2008. Record checks revealed that the defendant has not applied for permission from the proper authorities to re-enter the United States.

Defendant has $0.00

_Signature of Complainant_

Alfonso Lemming      Deportation Officer
_Name and Title of Complainant_

Sworn to before me and subscribed in my presence,

May 3, 2019                                at       Brownsville, Texas
_Date_                                                _City and State_

Ronald G. Morgan      U.S. Magistrate Judge
_Name and Title of Judicial Officer_                    _Signature of Judicial Officer_